**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSLYN DEVAUX-SPITZLEY, an individual, | Case No. 3:18-CV-04436-JST |
| Plaintiff, | **ORDER GRANTING REQUEST FOR DEFENDANT'S COUNSEL TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation in its capacities as a fiduciary and claims administrator of the ERISA-regulated Chase Bank Employee Long Term Disability Plan, | Date: November 14, 2018<br>Time: 2:00 p.m.<br>Ctrm: 9<br>Judge: Hon. Jon S. Tigar |
| Defendants. | |

The Court having reviewed the Stipulation Regarding Request for Defendant's Counsel to Appear Telephonically at the Case Management Conference, finds good cause exists to enter an Order approving the Stipulation.

IT IS HEREBY ORDERED that Prudential's counsel, Jason A. James, may appear telephonically at the Case Management Conference set for November 14, 2018, at 2:00 p.m., in Courtroom 9 before the Honorable Jon S. Tigar.

Dated: __November 5__, 2018     _____
HON. JON S. TIGAR
United States District Court Judge