Joseph A. Creitz, CBN 169552
joe@creitzserebin.com
Lisa S. Serebin, CBN 146312
lisa@creitzserebin.com
CREITZ & SEREBIN LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
415.466.3090 (tel)
415.513.4475 (fax)
Attorneys for Plaintiff ROSLYN DEVAUX

Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Jason A. James (Bar No. 265129)
jjames@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSLYN DEVAUX-SPITZLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation in its capacities as a fiduciary and claims administrator of the ERISA-regulated Chase Bank Employee Long Term Disability Plan,<br><br>Defendants. | Case No. 3:18-CV-04436-JST<br><br>STIPULATION AND [proposed] ORDER REGARDING DISPOSITIVE MOTION PAGE LIMITS |

Pursuant to the direction of the Court at the Case Management Conference held on November 14, 2018, the parties, by and through their respective counsel of record, do hereby stipulate as follows:

The four briefs on dispositive motions permitted under the Court's Scheduling Order (Dkt. 23) shall conform to the following page limits:

| | |
|---|---|
| Plaintiff's Motion for Judgment (Due June 21, 2019): | 25 pages or fewer; |
| Defendant's Motion for Judgment and Opposition to Plaintiff's Motion (Due July 12, 2019): | 30 pages or fewer; |
| Plaintiff's Reply and Opposition to Defendant's Motion (Due August 2, 2019) | 20 pages or fewer; |
| Defendant's Reply (Due August 16, 2019) | 15 pages or fewer. |

All other formal and typographical mandates of the Civil Local Rules not explicitly modified by this Stipulation and [proposed] Order shall continue to apply. The parties reserve their rights to seek enlargement of the above page limits should such a request become necessary.

So stipulated.

Dated: November 16, 2018

Joseph A. Creitz
Lisa S. Serebin
CREITZ & SEREBIN LLP

By: /s/ Joseph A. Creitz
Joseph A. Creitz
Attorneys for Plaintiff
ROSYLYN DEVAUX-SPITZLEY

Dated: November 16, 2018

Linda M. Lawson
Jason A. James
MESERVE, MUMPER & HUGHES LLP

By: /s/ Jason A. James
Jason A. James
Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

SIGNATURE ATTESTATION

Pursuant to L. R. Civ. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

By:    /s/ Joseph A. Creitz
            Joseph A. Creitz

1 [proposed] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 19, 2018

_____
United States District Judge