# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSLYN DEVAUX-SPITZLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation in its capacities as a fiduciary and claims administrator of the ERISA-regulated Chase Bank Employee Long Term Disability Plan,<br><br>Defendants. | Case No. 3:18-CV-04436-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Date: March 6, 2019<br>Time: 2:00 p.m.<br>Ctrm: 9<br>Judge: Hon. Jon S. Tigar |

The Court, having reviewed the Stipulation to Continue the Further Case Management Conference, finds good cause exists to enter an Order approving the Stipulation.

IT IS HEREBY ORDERED that the Case Management Conference set for March 6, 2019 is taken off calendar pending a ruling on Prudential's Motion to Transfer Venue (Docket No. 27). If necessary, the Court will reset the Case Management Conference on a date convenient for the Court to occur approximately 14 days after the Court issues a ruling on the pending Motion to Transfer Venue.

**IT IS SO ORDERED.**

Dated: __February 25__, 2019

_____
HON. JON S. TIGAR
United States District Court Judge

168741.1